**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**                                                                         **Case No. 14-CR-189**

**SHAWN A. BRUNNER,**

    **Defendant.**

---

## REPORT AND RECOMMENDATION

---

On the government's oral motion and based on Shawn Brunner's satisfaction of the terms of the deferred prosecution agreement entered into on November 8, 2016, I recommend the Court dismiss the indictment against Brunner.

Dated at Milwaukee, Wisconsin this 8th day of February, 2018.

                                                  BY THE COURT:

                                                  *s/Nancy Joseph*
                                                  NANCY JOSEPH
                                                  United States Magistrate Judge