# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br>v.<br><br>SHAWN A. BRUNNER,<br><br>                  Defendant. | Case No. 14-CR-189-2-JPS<br><br>**ORDER** |

On November 8, 2016, the parties entered into a deferred prosecution agreement. (Docket #68). In a February 8, 2018 hearing before Magistrate Judge Nancy Joseph, the United States Probation Department reported Defendant's satisfaction of that agreement. (Docket #100). During the hearing, the government moved to dismiss all charges against Defendant. *Id.* Later that day, Magistrate Joseph submitted a recommendation to this Court that the Indictment be dismissed. (Docket #101). Federal Rule of Criminal Procedure 48(a) provides that the government may dismiss an indictment with leave of court. Based on the government's motion and Magistrate Joseph's recommendation, the Court will grant leave to the government to dismiss the Indictment as to Defendant.[1]

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's report and recommendation regarding dismissal of the Indictment (Docket #101) be and the same is hereby **ADOPTED**; and

---

[1] Curiously, the government already filed such a notice. (Docket #102). It appears, then, that this case may be closed upon entry of this Order.

**IT IS FURTHER ORDERED** that the government is hereby granted leave to dismiss the Indictment as to Defendant in accordance with Federal Rule of Criminal Procedure 48(a).

Dated at Milwaukee, Wisconsin, this 12th day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge